**REVERSE and REMAND and Opinion Filed January 17, 2023**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-22-00740-CV**

_____

**ANCHOR COMMERCIAL BUILDERS, LLC, Appellant**

**V.**

**CAMDEN DESIGN GROUP, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Collin County, Texas**
**Trial Court Cause No. 004-00467-2022**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Before the Court is the parties' agreed joint motion to reverse and remand for new trial due to defective service of process. We grant the motion, reverse the trial court's overruling of appellant's motion for new trial by operation of law, render judgment granting a new trial, and remand this case to the trial court. *See* TEX. R. APP. P. 42.1(a)(2)(A).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220740F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ANCHOR COMMERCIAL
BUILDERS, LLC, Appellant

No. 05-22-00740-CV  V.

CAMDEN DESIGN GROUP, INC.,
Appellee

On Appeal from the County Court at
Law No. 4, Collin County, Texas
Trial Court Cause No. 004-00467-
2022.
Opinion delivered by Chief Justice
Burns. Justices Molberg and Goldstein
participating.

In accordance with this Court's opinion of this date, we **REVERSE** the trial court's overruling of appellant's motion for new trial by operation of law, **RENDER** judgment granting a new trial, and **REMAND** this case to the trial court.

We **ORDER** the parties to bear their own costs of this appeal.

Judgment entered this 17th day of January 2023.